# Proceeding Minutes / Proceeding Memo

**Case #:**  25-50077          **Case Name:**  Cynthia Mae Seal

**Set:**  05/01/2025 10:00 am   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (srw)