United States Bankruptcy Court
Southern District of Mississippi

In re:  
Cynthia Mae Seal  
    Debtor

Case No. 25-50077-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3  
Date Rcvd: Apr 28, 2025      Form ID: n031      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Mae Seal, 38 Sam Lott Rd, Wiggins, MS 39577-9026 |
| 5465495 | + | 1st Franklin, 11010 Hwy 49, Suite 2, Gulfport, MS 39503-4191 |
| 5494319 | + | Above Funding Trust (AFT), Above Funding Trust, 650 Dundee Rd. Suite 150, Northbrook, IL 60062-2753 |
| 5465496 | + | Above Lending, 650 DundeeRd Suite 150, Northbrook, IL 60062-2753 |
| 5465497 | + | Advance Ameica, 3910 Hardy St, Ste 20, Hattiesburg, MS 39402-1500 |
| 5465498 | + | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5465501 | + | Colvin Consulting, PO Box 443, Buffalo, NY 14207-0443 |
| 5465502 | + | Community Choice, 1045 E Frontage Rd, Ste A-1, Wiggins, MS 39577-8163 |
| 5465503 | + | Cordoba Legal, 102 N 2nd St Ste 252, Boca Raton, FL 33432-3908 |
| 5465506 | + | ELoan Warehouse, 183 Montgomery Ave, Oxnard, CA 93036-1007 |
| 5465507 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 5465509 | + | Just Loans, 1100 S Market St, Solon, IA 52333-8829 |
| 5465511 | | Lend Nation, 741 EPass RdSte B,, Gulfport, MS 39507 |
| 5465512 | + | Longleaf Finance of Purvis LLC, Stribling Law Firm, Post Office Box 50189, New Orleans, LA 70150-0189 |
| 5465515 | + | My Funding Choices, 1601 GA Hwy 40 E, Ste M 247, Kingsland, GA 31548-6500 |
| 5465519 | + | Spire Recovery Solutio, 57 Canal Street Suite, Lockport, NY 14094-2845 |
| 5465520 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5477174 | + | Email/Text: bankruptcy@1ffc.com | Apr 28 2025 19:49:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5465498 | + | Email/Text: customerservice@brightlending.com | Apr 28 2025 19:49:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5471511 | + | Email/Text: bkinfo@ccfi.com | Apr 28 2025 19:49:00 | CCF of Mississippi LLC, 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5465505 | | Email/Text: bankruptcy@creditfresh.com | Apr 28 2025 19:48:00 | Credit Fresh, 200 Contintental Dr, Suite 401, Newark, DE 19713 |
| 5465499 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 28 2025 19:48:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5465500 | ^ | MEBN | Apr 28 2025 19:47:19 | Chime, Po Box 417, San Francisco, CA 94104-0417 |
| 5493389 | + | Email/Text: bankruptcy@towerloan.com | Apr 28 2025 19:49:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5465508 | | Email/Text: bankruptcy@glsllc.com | Apr 28 2025 19:48:00 | Global Lending, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: n031 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5480248 | | Email/Text: bankruptcy@glsllc.com | Apr 28 2025 19:48:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5493727 | | Email/Text: jefdun@gmail.com | Apr 28 2025 19:49:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 5465510 | + | Email/Text: melissa.martin@kfcu.org | Apr 28 2025 19:49:00 | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5465514 | | Email/Text: EBN@Mohela.com | Apr 28 2025 19:49:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5468151 | | Email/Text: EBN@Mohela.com | Apr 28 2025 19:49:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5465516 | | Email/Text: caseyof2@yahoo.com | Apr 28 2025 19:49:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5465517 | + | Email/Text: stephenbinning@ymail.com | Apr 28 2025 19:49:00 | Personal Finance, 1835 Hardy St, Hattiesburg, MS 39401-4914 |
| 5465518 | + | Email/Text: elevate@ebn.phinsolutions.com | Apr 28 2025 19:49:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5481903 | + | Email/Text: bncmail@w-legal.com | Apr 28 2025 19:49:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5477726 | + | Email/Text: bncmail@w-legal.com | Apr 28 2025 19:49:00 | Starmark Financial, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5465521 | | Email/Text: bankruptcy@towerloan.com | Apr 28 2025 19:49:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5472053 | + | Email/Text: bk@worldacceptance.com | Apr 28 2025 19:49:15 | World Acceptance Corp., Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5465522 | + | Email/Text: bk@worldacceptance.com | Apr 28 2025 19:49:44 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5465504 | ##+ | Crane Finance, 2108 Grande Ave, Wausau, WI 54403-6912 |
| 5465513 | ##+ | Minute Loan, 272 Bendix Rd, Ste 500, Virginia Beac, VA 23452-1367 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025          Signature:     /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: n031 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Cynthia Mae Seal trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50077−KMS
**Chapter:** 13

**In re:**

Cynthia Mae Seal
aka Cynthia Mae Dunn, aka Cynthia Seal,
aka Cynthia Dunn
38 Sam Lott Rd
Wiggins, MS 39577

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 28, 2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 28, 2025                                     Danny L. Miller, Clerk of Court