B2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                    Case No.

**Cynthia Mae Seal**                                      **25-50077**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Quantum3 Group LLC as agent for
Sadino Funding LLC                         Above Funding Trust (AFT)
**Name of Transferee**                     **Name of Transferor**

Name and Address where notices
to transferee should be sent:

| | |
|---|---|
| **Quantum3 Group LLC as agent for** | Court Claim # (if known):  **16** |
| **Sadino Funding LLC** | Amount of Claim:  **$4,250.36** |
| **PO Box 788** | Date Claim Filed:  **04/02/2025** |
| **Kirkland, WA 98083-0788** | |

Phone:  425-242-7100                        Phone:

Last Four Digits of Acct #:**3158**         Last Four Digits of Acct #: **3158**

Name and Address where transferee
payments should be sent (if different
from above):

**Quantum3 Group LLC as agent for**
**PO Box 2489**
**Kirkland, WA 98083**

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: /s/ **Moira Kirschbaum**                        Date: **7/9/2026**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.