IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

CYNTHIA MAE SEAL                                              NO. 25-50077 KMS

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

Comes now United Auto Credit Corporation ("United Auto"), by and through its counsel of record, Byrd & Wiser, and files this its Motion for Relief from Automatic Stay and co-Debtor Stay, pursuant to Sections 362 and 1301 of the Bankruptcy Code, and in support of same would show unto the Court the following, to-wit:

I

The Debtor filed her Chapter 13 Petition on or about January 22, 2025.

II

That United Auto is the holder of a secured claim as to the Debtor's 2016 Ford F-150 Crew Cab Platinum, VIN 1FTEW1EF3GFD12179, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference. Reanna Harrison, a non-debtor, is a joint obligor pursuant to the Retail Installment Contract and Security Agreement, being Exhibit "A" attached hereto

III

That United Auto is owed the principal sum of $17,044.81, exclusive of accumulating late charges and reasonable attorney's fees.

IV

United Auto would show unto the court that pursuant to the Debtor's confirmed Chapter 13 Plan, the Debtor does not propose to pay for United Auto's collateral.

V

United Auto would furthermore show unto the Court that the account is in default and is presently past due in the amount of $2,104.44, exclusive of accumulated late charges, costs and

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

reasonable attorney's fees.

VI

United Auto would furthermore show unto the court that the Debtor has failed to maintain insurance on the subject matter vehicle duly naming United Auto as lien holder and loss payee as required by the parties' Retail Instalment Contract and Security Agreement.

VII

United Auto would furthermore show that for the reason stated above, adequate cause exists for termination of the Automatic Stay, pursuant to Section 362(d) of the Bankruptcy Code as to the Movant, United Auto.

VIII

Premised upon the above, adequate cause exists for termination of the co-Debtor stay pursuant to the provisions of Section 1301 of the Bankruptcy Code as to United Auto.

WHEREFORE, premises considered, United Auto would pray that after notice and hearing this Court enter its Order terminating the Automatic Stay and co-Debtor Stay provisions of Sections 362 and 1301 of the Bankruptcy Code as to the Movant, United Auto so as to allow it to pursue its rightful remedies as to its subject matter collateral, and that this Court furthermore enter its Order abandoning the subject matter vehicle as property of the estate, and United Auto furthermore prays that it be awarded its reasonable attorney's fees necessitated by the filing of the instant motion and United Auto prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

UNITED AUTO CREDIT CORPORATION

BY: BYRD & WISER

BY: _____
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for United Auto Credit Corporation, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Motion for Relief from Stay and co-Debtor Stay to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

Warren Cuntz, Jr., Trustee, at wcuntzcourt@gport13.com

Office of the U.S. Trustee, at **USTPRegion05.JA.ECF@usdoj.gov**

WITH A COPY MAILED TO:

Cynthia Mae Seal, Debtor
38 Sam Lott Road
Wiggins, MS 39577

Reanna Harrison, co-Debtor
309 Teringo Circle
Ocean Springs, MS 39564

Reanna Harrison, co-debtor
38 Sam Lott Road
Wiggins, MS 39577

This the 6 day of August, 2026.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

FL-102 10/10/2015

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| 9 mile auto sales LLC<br>1241 west nine mile rd<br>pensacola, FL 32534 | REANNA HARRISON<br>309 TERINGO CIR<br>Ocean springs, MS 39564<br>CYNTHIA SEAL<br>38 SAM LOTT RD<br>Wiggins, MS 39577 | No. _____<br>Date 10/31/2024 |

☐ Business, commercial or agricultural purpose Contract.

Documentary Stamp Tax. Florida documentary stamp tax required by law in the amount of $ 63.98 _____ has been paid or will be paid directly to the

Florida Department of Revenue. Certificate of Registration No. _____ .

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 5,000.00 |
|---|---|---|---|---|
| 28.990 % | $ 12,774.80 | $ 18,279.28 | $ 31,054.08 | $ 36,054.08 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 48 | $ 646.96 | Monthly beginning on 11/30/2024 |
| | $ | |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.

**Prepayment.** If you pay off this Contract early, you may have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2016 | Ford | F-150 | Crew Cab Platinum | 1FTEW1EF3GFD12179 | 158,878 |

☐ New
☒ Used   2016 Ford F-150
☐ Demo

Other:

## Description of Trade-In

N/A

## Conditional Delivery

☐ Conditional Delivery. If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: N/A _____

_____ . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 18,279.28 _____ plus finance charges accruing on the unpaid balance at the rate of _____ 28.990 % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZFL 10/10/2015
RH
Page 1 of 5

The original document is owned by United Auto Credit Corporation and this copy was created on Oct 31, 2024 01:46:30 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

☐ **Loan Processing Fee.** You agree to pay a loan processing fee of

$ N/A _____ that will be ☐ paid in cash.

☐ financed over the term of the Contract.

☒ **Pre-delivery Service Fee.** You agree to pay a pre-delivery service fee of

$ 649.00 _____ that will be ☐ paid in cash.

☒ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of

$ N/A _____ if you pay this Contract in full before we have earned that much in finance charges.

## Itemization of Amount Financed

| | | | |
|---|---|---|---|
| a. | Price of Vehicle, etc. (incl. sales tax of $ 982.30 ) | $ | 19,982.30 |
| b. | Pre-delivery service fee | $ | 649.00 |
| c. | **Cash Price** (a + b) | $ | 20,631.30 |
| d. | Trade-in allowance | $ | 0.00 |
| e. | Less: Amount owing, paid to (includes m): N/A | $ | 0.00 |
| f. | Net trade-in (d-e; if negative, enter $0 here and enter the amount on line m) | $ | 0.00 |
| g. | Cash payment | $ | 5,000.00 |
| h. | Manufacturer's rebate | $ | 0.00 |
| i. | Deferred down payment | $ | 0.00 |
| j. | Other down payment (describe) N/A | $ | 0.00 |
| k. | **Down Payment** (f + g + h + i + j) | $ | 5,000.00 |
| l. | **Unpaid balance of Cash Price** (c-k) | $ | 15,631.30 |
| m. | Financed trade-in balance (see line f) | $ | 0.00 |
| n. | Paid to public officials, including filing fees | $ ☐ | 0.00 |
| o. | Insurance premiums paid to insurance company(ies) (See *Insurance Disclosures* section for coverage and benefits types.) | $ | 0.00 |
| p. | Service Contract, paid to: UACC/AUL | $ | 2,135.00 |
| q. | To: Doc Stamp Fee | $ | 63.98 |
| r. | To: GAP | $ | 449.00 |
| s. | To: N/A | $ | 0.00 |
| t. | To: N/A | $ | 0.00 |
| u. | To: N/A | $ | 0.00 |
| v. | To: N/A | $ | 0.00 |
| w. | To: N/A | $ | 0.00 |
| x. | To: N/A | $ | 0.00 |
| y. | To: N/A | $ | 0.00 |
| z. | To: N/A | $ | 0.00 |
| aa. | **Total Other Charges/Amts Paid** (m thru z) | $ | 2,647.98 |
| bb. | **Prepaid Finance Charge** | $ | 0.00 |
| cc. | **Amount Financed** (l + aa-bb) | $ | 18,279.28 |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**

☐ Single ☐ Joint ☒ None

Premium $ N/A _____ Term N/A

Insured N/A

**Credit Disability**

☐ Single ☐ Joint ☒ None

Premium $ N/A _____ Term N/A

Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

N/A

By: REANNA HARRISON     DOB

N/A

By: CYNTHIA SEAL     DOB

By:     DOB

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A . If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:

| | | | |
|---|---|---|---|
| ☐ | $ N/A Deductible, Collision Cov. | $ | N/A |
| ☐ | $ N/A Deductible, Comprehensive | $ | N/A |
| ☐ | Fire Theft and Combined Additional Cov. | $ | N/A |
| ☐ | N/A | $ | N/A |

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS CHECKED AND INDICATED.**

*[This area intentionally left blank.]*

Retail Installment Contract-FL. Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZFL 10/10/2015

RH

Page 2 of 5

The original document is owned by United Auto Credit Corporation and this copy was created on Oct 31, 2024 01:46:30 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

☐ **Single-Interest Insurance.** You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit. You authorize us to purchase Single-Interest Insurance.

| N/A | 10/31/2024 |
|---|---|
| By: REANNA HARRISON | Date |

| N/A | 10/31/2024 |
|---|---|
| By: CYNTHIA SEAL | Date |

| | |
|---|---|
| By: | Date |

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**
Term — 12 months
Price — $ 2,135.00
Coverage — POWERTRAIN

☒ **Gap Waiver or Gap Coverage**
Term — 48 months
Price — $ 449.00
Coverage — N/A

☐ **N/A**
Term — N/A
Price — $ N/A
Coverage — N/A

| *REANNA HARRISON* | 10/31/2024 |
|---|---|
| By: REANNA HARRISON | Date |

| *CYNTHIA SEAL* | 10/31/2024 |
|---|---|
| By: CYNTHIA SEAL | Date |

| | |
|---|---|
| By: | Date |

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**Deferment.** We may agree to defer the scheduled due date of all or any part of any installment payment, and will collect a $15.00 fee for such deferment. You must maintain the insurance on the Property required by this Contract during any deferment period. You may extend any optional insurance you bought with this Contract if the insurance company or your insurance contract allows the extension and if you pay the extension charge. In addition to the $15.00 deferment fee and the costs of extending required or optional insurance, you will also be required to pay additional finance charges as a result of exercising the deferment option.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. We may impose an acquisition charge of $75.00 for services performed in processing this Contract if it is paid in full within 6 months after the Contract's effective date. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a service charge that is the greater of 5% of the face amount of the instrument, (including orders of payment, debit card orders, or electronic funds transfers), or: $25.00, if the face value of the instrument does not exceed $50.00; $30.00 if the face value exceeds $50.00 but does not exceed $300.00; $40.00 if the face value exceeds $300.00

**Governing Law and Interpretation.** This Contract is governed by the law of Florida and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):
- You fail to perform any obligation that you have undertaken in this Contract.
- We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZFL 10/10/2015
*RH*
Page 3 of 5

The original document is owned by United Auto Credit Corporation and this copy was created on Oct 31, 2024 01:46:30 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

If you default, you agree to pay our court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay reasonable attorneys' fees after default and referral to an attorney not a salaried employee of ours.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.

- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance from any insurance provider that is reasonably acceptable to us. Your choice of an insurance provider will not affect the credit decision. We may impose reasonable requirements concerning the extent of coverage and the financial soundness of the insurance provider. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

## Notices

Note. If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. **NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Si compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

_____
By:                                                          Date
Signature of Third Party Owner (NOT the Buyer)

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZFL 10/10/2015
_____  RH
Page 4 of 5

The original document is owned by United Auto Credit Corporation and this copy was created on Oct 31, 2024 01:46:30 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

☒ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

_REANNA HARRISON_     10/31/2024
By: REANNA HARRISON    Date

_CYNTHIA SEAL_     10/31/2024
By: CYNTHIA SEAL    Date

By:    Date

**Notice to Buyer.** a. Do not sign this Contract before you read it or if it contains any blank spaces. b. You are entitled to an exact copy of the Contract you sign. Keep it to protect your legal rights.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

_REANNA HARRISON_     10/31/2024
By: REANNA HARRISON    Date

_CYNTHIA SEAL_     10/31/2024
By: CYNTHIA SEAL    Date

By:    Date

**Seller**

_Zach Lakatos_     10/31/2024
By: 9 mile auto sales LLC    Date

**Assignment.** This Contract and Security Agreement is assigned to
**United Auto Credit Corporation**
PO Box 2108, Lexington, SC 29071
the Assignee, phone (888) 895-6134 . This assignment is made under the terms of a separate agreement made between the Seller and Assignee.
☒ This Assignment is made with recourse.
**Seller**

_Zach Lakatos_     10/31/2024
By: 9 mile auto sales LLC    Date

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZFL 10/10/2015
_RH_
Page 5 of 5

The original document is owned by United Auto Credit Corporation and this copy was created on Oct 31, 2024 01:46:30 PM.

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1FTEW1EF3GFD12179 | FORD | 2016 | F150 | PK | MS1185567488 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/13/2025 | | 8 | USED | PU | 158878 ACTUAL |

**OWNER(S)**

HARRISON, REANNA
309 TERINGO CIR
OCEAN SPRINGS MS 39564-4126

**BRANDS**

REBUILT          05/31/2018

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**

UNITED AUTO CREDIT
PO BOX 164129
FORT WORTH TX 76161-4129

DATE:  10/31/2024

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

UNITED AUTO CREDIT
PO BOX 164129
FORT WORTH TX 76161-4129

T3

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 13TH DAY OF FEBRUARY 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

060090413

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED