MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  CYNTHIA MAE SEAL                                    Case No.: 26-50077 KMS

_____
_Debtor(s)_                                                Chapter: 13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
UNITED AUTO CREDIT CORPORATION _____, a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
|  |

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/10/2026                    ⌐__/S/ROBERT ALAN BYRD___
                                    Attorney Signature

ROBERT ALAN BYRD                    7651
Attorney Name                       State Bar Number
PO DRAWER 1939
Address
BILOXI, MS  39533
City, State, and Zip Code
228-432-8123          rab@byrdwiser.com
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**