**United States Bankruptcy Court**
**Southern District of Mississippi**

In re **Cynthia Mae Seal**
Debtor(s)

Case No. **25-50077**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **August 20, 2026**

**/s/ Cynthia Mae Seal**
**Cynthia Mae Seal**
Signature of Debtor

CYNTHIA MAE SEAL
38 SAM LOTT RD
WIGGINS, MS 39577

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
11010 HWY 49, SUITE 2
GULFPORT, MS 39503

ABOVE LENDING
650 DUNDEERD SUITE 150
NORTHBROOK, IL 60062

ADVANCE AMEICA
3910 HARDY ST
STE 20
HATTIESBURG, MS 39401

BRIGHT LENDING
PO BOX 578
HAYS, MT 59527

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CHIME
PO BOX 417
SAN FRANCISCO, CA 94104

COLVIN CONSULTING
PO BOX 443
BUFFALO, NY 14207

COMMUNITY CHOICE
1045 E FRONTAGE RD
STE A-1
WIGGINS, MS 39577

CORDOBA LEGAL
102 N 2ND ST STE 252
BOCA RATON, FL 33432

CRANE FINANCE
2108 GRANDE AVE
WAUSAU, WI 54403

CREDIT FRESH
200 CONTINTENTAL DR
SUITE 401
NEWARK, DE 19713

ELOAN WAREHOUSE
183 MONTGOMERY AVE
OXNARD, CA 93036

FIRST PROGRESS
ATTN: BANKRUPTCY
PO BOX 9053
JOHNSON CITY, TN 37615

GLOBAL LENDING
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

JUST LOANS
1100 S MARKET ST
SOLON, IA 52333

KEESLER FEDERAL CREDIT
P.O. BOX 7001
BILOXI, MS 39534

LEND NATION
741 EPASS RDSTE B,
GULFPORT, MS 39507

LONGLEAF FINANCIAL
5746 HWY 11
PURVIS, MS 39475

MINUTE LOAN
272 BENDIX RD
STE 500
VIRGINIA BEAC, VA 23452

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

MY FUNDING CHOICES
1601 GA HWY 40 E
STE M 247
KINGSLAND, GA 31548

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

PERSONAL FINANCE
1835 HARDY ST
HATTIESBURG, MS 39401

REANNA HARRISON***
309 TERINGO CIR
OCEAN SPRINGS, MS 39564

RISE CREDIT
ATTN: BANKRUPTCY
PO BOX 101808
FORT WORTH, TX 76185

SPIRE RECOVERY SOLUTIO
57 CANAL STREET SUITE
LOCKPORT, NY 14094

SUMMIT FINANCIAL
1085 WFRONTAGE DR STE
WIGGINS, MS 39577

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

UNITED AUTO CREDIT***
PO BOX 163049
FORT WORTH, TX 76161

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607