**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CYNTHIA MAE SEAL, Debtor** **Case No. 25-50077-KMS**
**CHAPTER 13**

**TO:** **AFFECTED PARTY**:
Reanna Harrison, 309 Teringo Cir, Ocean Springs, MS 39564
**TRUSTEE**: Ch 13 Case Trustee
**U. S. TRUSTEE**: USTPRegion05.JA.ECF@usdoj.gov

## NOTICE OF AMENDMENT OF SCHEDULE H

You are hereby notified the above-named debtor(s) has filed with the U.S. Bankruptcy Court an Amended Schedule H: Your Codebtors (see attached amended schedule).

You are further notified that the debtor's bankruptcy case was filed on August 24, 2026. Documents filed in the case may be inspected at either location of the Clerk's office:

Clerk, U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

Clerk, U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201

Date: Monday, August 24, 2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the Notice of Amendment and Amended Schedule H: Your Codebtors to affected party(ies) via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.
Date: Monday, August 24, 2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (Bar No. 103469)
Jennifer A Curry Calvillo (Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

**Fill in this information to identify your case:**

Debtor 1 **Cynthia Mae Seal**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number **25-50077**
(if known)

■ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Reanna Harrison*****<br>**309 Teringo Cir**<br>**Ocean Springs, MS 39564** | ■ Schedule D, line **2.7**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**United Auto Credit***** |