**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Cynthia Mae Seal, Debtor** **Case No. 25-50077-KMS**
**CHAPTER 13**

# RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, United Auto Credit Corporation's Motion for Relief from Automatic Stay and Co-Debtor Stay (dk #29) as follows:

1. Debtor commenced this case on 01/22/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor does not oppose relief from the automatic stay to permit Creditor to take possession of the vehicle identified in the Motion.
3. Debtor does not oppose Creditor's pursuit of any co-signer or other party who may be liable for the alleged debt.
4. Debtor disputes that she is personally liable for the alleged debt. Debtor did not execute, sign, or otherwise enter into the loan agreement or other loan documents and does not owe the debt.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on August 26, 2026, to:

By Electronic CM/ECF Notice:

Robert Alan Byrd, On behalf of Creditor

Warren Cuntz

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.