**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**IN RE:**

**CYNTHIA MAE SEAL** **NO. 25-50077 KMS**

**RESPONSE OF UNITED AUTO CREDIT CORPORATION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 17**

Comes now United Auto Credit Corporation ("United Auto"), by and through its counsel of record, Byrd & Wiser, and files this its Response to the Debtor's Objection to Proof of Claim No. 17 and in support of same would show unto the Court the following, to-wit:

I

United Auto denies the allegations contained in the Debtor's Objection and would show unto the Court that the Debtor executed the Retail Installment Contract and Security Agreement as set forth on the Electronic Signature Acknowledgment, all as more fully set forth on Exhibit "A" attached hereto.

WHEREFORE, premises considered, United Auto would pray that this Court enter its Order denying the Debtor's Objection to Proof of Claim No. 17, and further United Auto's claim should remain as a secured claim, and United Auto prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

UNITED AUTO CREDIT CORPORATION

BY: BYRD & WISER

BY: ______________________________
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for United Auto Credit Corporation, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Response to Debtor's Objection to Proof of Claim No. 17 to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

Warren Cuntz, Jr., Trustee, at wcuntzcourt@gport13.com

This the 1st day of September, 2026.

ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

UNITED AUTO CREDIT®
Driven to make a difference

## ELECTRONIC SIGNATURE ACKNOWLEDGMENT

10591996 (UACC# 11)

| | | | | | | |
|---|---|---|---|---|---|---|
| Buyer Name<br>REANNA HARRISON | | | Co-Buyer Name<br>CYNTHIA SEAL | | | |
| Address<br>309 Teringo Cir | | | Address<br>38 Sam Lott Rd | | | |
| City<br>Ocean Springs | State<br>M | ZIP Code<br>39564 | City<br>Wiggins | | State<br>M | ZIP Code<br>39577 |
| **Seller Information** | | | **Vehicle Information** | | | |
| Seller Name<br>9 mile auto sales LLC | | | Year<br>2016 | Make<br>Ford | | Mileage<br>158,878 |
| Address<br>1241 west nine mile rd | | | Model<br>F-150 | | VIN<br>1FTEW1EF3GFD12179 | |
| City<br>pensacola | State<br>FL | ZIP Code<br>32534 | | | | |

### BUYER/CO-BUYER ACKNOWLEDGMENT

By signing below, I, REANNA HARRISON (Buyer) and/or CYNTHIA SEAL (Co-Buyer) state that:

1. I read and understood the Consent to use Electronic Records and Signatures ("E-Consent") and consented to use electronic signatures to sign the documents necessary to complete a retail installment transaction with Seller named above for the purchase of the vehicle identified.

2. I was given the opportunity to review a paper version of the retail installment contract, in color (if applicable), that I was being asked to sign prior to electronically signing the documents.

3. I was in physical control of the key board, mouse or other device to click a button, signature box, or initial box that applied my electronic signature to the documents with the intent to sign the documents as if I provided my handwritten signature on the documents.

4. I received a fully executed copy of the retail installment contract.

Buyer Signature REANNA HARRISON — Date 11/02/2024

Co-Buyer Signature CYNTHIA SEAL — Date 11/02/2024

### SELLER ACKNOWLEDGMENT

By signing below, the Seller acknowledges and affirms the following:

1. The Buyer and Co-Buyer were each in physical control of the key board, mouse or other device to click a button, signature box, or initial box that applied their electronic signature to the documents, and I witnessed the Buyer and Co-Buyer applying their electronic signature to the documents.

2. I understand United Auto Credit Corporation is relying on this acknowledgment to accept assignment of the electronically signed retail installment contract between Seller and Buyer/ Co-Buyer.

Seller Signature — Zach Labates — Printed Name of Seller's Agent — 11/02/2024 Date



EXHIBIT "A"
Blumberg No. 5118