# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50077 **Case Name:** Cynthia Mae Seal

**Set:** 10/01/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2016 Ford F-150. ., Motion for Relief from Co-Debtor Stay as to Reanna Harrison, Co-Debtor., Motion to Compel Abandonment . Filed by Creditor United Auto Credit Corporation (Dkt. #29)

Response filed by the Debtor (Dkt. #42)

---

Minute Entry Re: (related document(s): [29] Motion for Relief From Stay filed by United Auto Credit Corporation) Byrd to submit an Agreed Order. Order due by 10/15/2026. (mcc)