**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**

**CYNTHIA MAE SEAL** **NO. 25-50077 KMS**

# ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay and Co-Debtor Stay filed on behalf of United Auto Credit Corporation ("United Auto"), (DK#29) and the response thereto filed on behalf of the Debtor (DK#42), and the Court being advised that no response has been filed on behalf of the co-Debtor, and the Court finding that said Motion should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to United Auto, as to one (1) 2016 Ford F-150 Crew Cab Platinum, VIN 1FTEW1EF3GFD12179.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the co-Debtor stay provisions of Section 1301 of the Bankruptcy Code are hereby lifted as to United Auto as to the

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

co-Debtor, Reanna Harrison.

**###END OF ORDER###**

AGREED BY:

ROBERT ALAN BYRD, Attorney for
United Auto Credit Corporation

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/PHILLIP DUNNAWAY
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029