**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: October 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**CYNTHIA MAE SEAL** **CASE NO. 25-50077 KMS**

**DEBTOR .** **CHAPTER 13**

**ORDER RESETTING HEARING**

This matter came on this date on the Objection to Proof of Claim of United Auto Credit Corporation filed by the Debtor (the "Objection") (Dkt. #43) and the Court having considered the facts herein, finds that the hearing on October 28, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for December 3, 2026, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841